**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Howard Lee HARRISON,**
**Defendant-Appellant**

**No. 16-11704**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed August 11, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Howard Lee Harrison, Pro Se

Before HIGGINBOTHAM, JONES and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Howard Lee Harrison has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Harrison has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.